# In the United States Court of Federal Claims

Nos. 17-1189L, 17-1191L, 17-1194L, 17-1195L, 17-1206L, 17-1215L, 17-1216L
17-1232L, 17-1235L, 17-1277L, 17-1303L, 17-1300L, 17-1332L, 17-1390L,
17-1374L, 17-1391L, 17-1393L, 17-1394L, 17-1395L, 17-1396L, 17-1397L,
17-1398L, 17-1399L, 17-1408L, 17-1409L, 17-1423L, 17-1427L, 17-1428L,
17-1430L, 17-1433L, 17-1434L, 17-1435L, 17-1436L, 17-1437L, 17-1438L,
17-1439L, 17-1450L, 17-1451L, 17-1453L, 17-1454L, 17-1456L, 17-1457L,
17-1458L, 17-1459L, 17-1460L, 17-1461L, 17-1512L, 17-1514L, 17-1515L,
17-1516L, 17-1517L, 17-1518L, 17-1519L, 17-1520L, 17-1521L, 17-1522L,
17-1523L, 17-1524L, 17-1525L, 17-1545L, 17-1555L, 17-1559L, 17-1564L,
17-1565L, 17-1566L, 17-1567L, 17-1569L, 17-1577L, 17-1578L, 17-1582L,
17-1588L

Filed:  October 25, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| Y AND J PROPERTIES, LTD., *individually and on behalf of all other persons similarly situated, et al.,* | * * * * * |
| Plaintiffs, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant. | * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PRE-TRIAL MANAGEMENT ORDER

Pursuant to Rule 40.1(c) of the United States Court of Federal Claims, the above-captioned cases and all subsequently filed indirectly related cases are hereby transferred to the undersigned judge for the efficient administration of justice.

The court also orders the parties to submit a proposed Joint Schedule on or before 5:00 PM (EST) on October 30, 2017 in advance of the November 1, 2017 hearing.  Chief Judge Rosenthal has agreed to attend that hearing as an auxiliary judicial officer.  Any counsel who objects to this procedure should advise the court on or before 5:00 PM (EST) on October 30, 2017.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**